14-14-00559-CR

Lionel Franklin #1943237
Larry Gist Unit
3295 FM-3514
Beaumont, Texas 77705

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS
JUL 15 2015
CHRISTOPHER A. PRINE
CLERK

July 7th, 2015

MAILED
7-13-15

ATTN: 14th Court of Appeals Clerk
301-Fannin St. Rm#245
Houston, Texas. 77002

RE: The State of Texas vs. Lionel Franklin
IN Cause No:

Dear Reader,

Please be advised that this correspondence is Reference, the wanting to have Acknowledge the Outcome of Appeals, it being three Months. Since all Brief were filed. However I'm writing wanting to Know the present status. I do await your Reply.

Sincerely,

x Lionel Franklin
LIONEL FRANKLIN JR.